**Rumnaz TALUKDER, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY,
Respondent.**

No. 03–3124.

United States Court of Appeals,
Federal Circuit.

March 17, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Ralph H. HOLSTEEN, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 03–7035.

United States Court of Appeals,
Federal Circuit.

March 19, 2003.

ON MOTION

*ORDER*

Ralph H. Holsteen moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.